UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:20CR59-PPS |
| | ) | |
| DINA AL-SBEIHI | ) | |

ORDER OF FORFEITURE

This matter having come before the Court upon motion by the United States of America for entry of an Order of Forfeiture; and

WHEREAS, on November 17, 2021, the Defendant, Dina Al-Sbeihi pleaded guilty to Count 1 of the Indictment charging the Defendant with mail fraud in violation of Title 18, United States Code, Section 1341;

WHEREAS, in the Indictment, the United States gave notice to the Defendant that in the event of conviction, the government would seek forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) of all proceeds derived from the alleged offense;

WHEREAS, in Defendant Al-Sbeihi's plea agreement, Defendant Dina Al-Sbeihi agreed to the entry of money judgment representing the amount of proceeds she derived from the commission of the scheme to which she pled guilty;

WHEREAS, the United States has filed a Motion for Order of Forfeiture consisting of a personal money judgment against the defendant Dina Al-Sbeihi in the amount of $260,739.49, which represents the amount of proceeds derived

from the commission of the offense in this case; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment" --

ACCORDINGLY:

The government's Motion for Order of Forfeiture [DE 46] is GRANTED, and IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a money judgment in the amount of $260,739.49 shall be entered against the Defendant, Dina Al-Sbeihi;

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $260,739.49 to satisfy the money judgment in whole or in part;

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b), this Order of Forfeiture shall become final as to the Defendant Dina Al-Sbeihi at the time of sentencing and shall be made part of the sentence and included in the judgment.

SO ORDERED:   December 10, 2021

    /s/ Philip P. Simon
Judge Philip P Simon
United States District Court